UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE T. SMITH,

      Plaintiff,

File No. 1:11-cv-1165

v.

HON. ROBERT HOLMES BELL

CHASE FEDERAL HOME FINANCE,

      Defendant.
                             /

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 9, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff's complaint be dismissed for lack of subject-matter jurisdiction. (Dkt. No. 5.) No objection has been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the November 9, 2011, R&R (Dkt. No. 5) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** for lack of subject-matter jurisdiction.

**IT IS FURTHER CERTIFIED** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this action would not be in good faith.


Dated: December 8, 2011                           /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                UNITED STATES DISTRICT JUDGE